UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIANE SMITH, | No. 2:14-cv-1650 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

This action was removed to this court on July 14, 2015.  On July 16, 2015, plaintiff filed a first amended complaint.  Defendant thereafter on July 31, 2014 filed an answer.  On January 14, 2015, plaintiff filed a second amended complaint.   Under Federal Rule of Civil Procedure 15(a), plaintiff may file an amended complaint once as a matter of course.  In this case, an answer was filed in response to the amended complaint; plaintiff's current filing is untimely under Federal Rule of Civil Procedure 15(a)(1)(B).  Because plaintiff has not properly sought leave of court or obtained the opposing party's written consent to file a second amended complaint, the pleading will be stricken.  See Federal Rule of Civil Procedure 15(a)(2).

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's second amended complaint (ECF No. 13) is stricken.

Dated: January 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 smith-nco.stk

2