UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIANE SMITH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　　Defendant. | No.  2:14-cv-1650 TLN CKD PS<br><br><br>ORDER |

　　　　Plaintiff has filed a motion for leave to file a second amended complaint.  The motion was noticed to be heard on a date that is already passed.  In addition, plaintiff has not submitted a proposed second amended complaint along with the motion.  In the absence of such submission, neither the court nor defendant can determine the propriety of amendment.

　　　　According, plaintiff's motion (ECF No. 15) is denied without prejudice.

Dated:  January 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 smith-nco.sac