UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIANE SMITH,<br><br>           Plaintiff,<br><br>     v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>           Defendant. | No.  2:14-cv-1650 TLN CKD PS<br><br><br><br>ORDER |

   Plaintiff has filed a motion for leave to file a second amended complaint.  The motion is currently calendared for hearing on March 11, 2015.  No opposition has been timely filed.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. The hearing date of March 11, 2015 is vacated.

   2. Plaintiff's motion to amend (ECF No. 17) is granted.  The action will proceed on the second amended complaint. ECF No. 18.

Dated:  March 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 smith-nco.mta

1