UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIANE SMITH, | No. 2:14-cv-1650 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff has moved the court for reference to a settlement conference. Plaintiff asserts that defendant has not been responsive to her attempts to engage in meaningful settlement negotiations. The court previously advised the parties in the status (pretrial scheduling) order filed January 15, 2015 that if the parties determine a settlement conference would be beneficial, the courtroom deputy may be contacted to arrange a date for the settlement conference. No motion is necessary to make such a request. In the absence of a joint request of the parties for a settlement conference, the court declines at this time to set a date for settlement conference.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 25) is denied without prejudice.

Dated: May 4, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 smith-nco.sett